958

**Marcia STONE, Appellant, v. Luther H. BOBBITT.**

**No. 14736.**

United States Court of Appeals
Eighth Circuit.

Nov. 13, 1952.

Robert L. Jackson and William Harrison Norton, Kansas City, Mo., for appellant.

Spurgeon L. Smithson, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee.

**TOWER GROVE BANK & TRUST COMPANY, Appellant, v. John E. CURBY, Trustee of Dowd Sporting Goods Company, a Corporation, Bankrupt.**

**No. 14538.**

United States Court of Appeals
Eighth Circuit.

Nov. 12, 1952.

James V. Dunbar and Robert J. Gaddy, St. Louis, Mo., for appellant.

Harold J. Abrams, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of diligent prosecution.

**Ione S. WYNNE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 65, Docket 22439.**

United States Court of Appeals
Second Circuit.

Argued Nov. 12, 1952.

Decided Dec. 1, 1952.

Franklin S. Wood, New York City (Charles L. Kades, New York City, Gerald Katcher, Brooklyn, N. Y., and Edwin A. Margolius, New York City, of counsel), for petitioner.

Charles S. Lyon, Acting Asst. Atty. Gen., Ellis N. Slack, A. F. Prescott and Alonzo W. Watson, Jr., Sp. Assts. to Atty. Gen., for respondent, Commissioner of Internal Revenue.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on the opinion below. 11 T.C. M. Dec. 18,881.